IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**STEVEN GRIEGO**, )<br>)<br>Defendant. ) | CRIMINAL NO. 19-2855 JB |

**NOTICE REGARDING ATTENDANCE PREFERENCE FOR HEARING**

The United States, in accordance with the Court's instructions, hereby provides notice that it prefers to attend the December 10, 2020, motion to withdraw as attorney hearing in this cause remotely via Zoom. The filing of this notice in CM/ECF caused a copy to be served electronically on Phillip G. Sapien, counsel for the defendant.

                                              JOHN C. ANDERSON
                                              United States Attorney

*/s/ Samuel A. Hurtado*
SAMUEL A. HURTADO
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 346-7274